UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLINT PHILLIPS, III,

        Plaintiff,

      v.

UNITED STATES OF AMERICA,

        Defendant.

Case No. 21-cv-1582-JPG

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the defendant United States of America on plaintiff Clint Phillips, III's claim under the Federal Tort Claims Act, and that claim is dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that all other claims against the United States of America are dismissed without prejudice.

**DATED:  July 8, 2022**

        **MONICA A. STUMP, Clerk of Court**

        **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**